UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KERRY DELARAIN SILAS,

     Plaintiff,

v.                                     Case No. 3:16cv705-MCR-CJK

PENSACOLA JAIL HOUSE, et al.,

     Defendants.

_____/

ORDER and
REPORT AND RECOMMENDATION

On January 3, 2017, the court ordered plaintiff to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee within 30 days. (Doc. 3). Plaintiff failed to comply with the order within the allotted time. On February 6, 2017, the court directed plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 5). To date, plaintiff has not submitted an *in forma pauperis* application or responded to the court's show cause order.

Accordingly, it is ORDERED:

1.    The clerk shall update the docket to reflect that plaintiff's current address is 9212 Eagle Nest Drive, Apt. 18, Navarre, Florida 32566. The clerk shall send a copy of this Report and Recommendation to plaintiff at that address.

And it is respectfully RECOMMENDED:

1.      That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 23rd day of February, 2017.


*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**



NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.   A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.